UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CR197-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| OZELLA NORRIS ) | |
| _____) | |

For the good cause shown in the Government's Motion to Dismiss (Doc. No. 4), leave of Court is hereby granted for the dismissal without prejudice of the Bill of Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

SO ORDERED.

Signed: October 29, 2013

Frank D. Whitney
Chief United States District Judge